UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUNYA HOLDINGS LIMITED; NATIONAL COMMUNICATIONS SERVICES (SMC-PVT.) LIMITED; and NATIONAL COMMUNICATIONS SERVICES INC., <br><br> Plaintiffs, <br><br> v. <br><br> JADOOTV INC.; SAJID SOHAIL; and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No. 1:16cv05713 (BMC) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER** |

Plaintiffs Dunya Holdings Limited, National Communications Services (SMC-PVT.) Limited, and National Communications Services Inc. ("Plaintiffs") and Defendants JadooTV Inc. and Sajid Sohail ("Defendants"), through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice all claims against Defendants in the above-captioned action. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

- 14 -

Dated: New York, New York

January __, 2017

_____
Megha Bhouraskar
THE LAW OFFICES OF
MEGHA D. BHOURASKAR, PC
139 Fulton Street, Suite 902
New York, NY 10038
(212) 571-1770
megha@mdblawoffices.com

*Attorneys for Plaintiffs*

Dated: San Francisco, California

January 2_, 2017

_____
Tadahiro Kaburaki
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700
tkaburaki@omm.com

*Attorneys for Defendants
JadooTV Inc. and Sajid Sohail*

SO ORDERED this **24th** day of **Jan.**, 2017

_____
Honorable Brian M. Cogan
United States District Judge